## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| IN RE BRENT & CARRIE THOMPSON, ) | Bankruptcy Case No. 20-40445 |
| ) | |
| Debtors and Debtors in Possession, ) | Chapter 12 |
| ) | |
| ) | **MOTION TO RESET §341 MEETING/FIRST MEETING OF CREDITORS** |

Brent and Carrie Thompson, debtors and debtors in possession in this Chapter 12 bankruptcy case (the "Debtors"), ask this court to enter an order resetting for a later date the §341 meeting/first meeting of creditors in this case, currently set for January 13, 2021 at 9:00 a.m. In support of this motion, the Debtors allege their proposed general reorganization counsel will be in trial in Lincoln, Nebraska, on that date and at that time and, consequently, will not be available to represent them.

**WHEREFORE**, the Debtors ask this court to enter an order resetting for a later date the §341 meeting/first meeting of creditors currently scheduled in this case. The Debtors ask for any additional or different relief this court deems appropriate.

/s/ Vincent R. Ledlow
Vincent R. Ledlow, Esq., S.D. Bar #5150
Ag & Business Legal Strategies
P.O. Box 11425
Cedar Rapids, Iowa 52410-1425
(515) 346-7171 (direct dial)
(319) 200-2059 (fax)
vincent@ablsonline.com
*Proposed general reorganization counsel for Brent Thompson and Carrie Thompson, Debtors and Debtors in Possession*

1