UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 20-40445 |
| | ) | Chapter 12 |
| BRENT G. THOMPSON | ) | |
| SSN/ITIN xxx-xx-7038 | ) | |
| | ) | |
| and | ) | ORDER DENYING DEBTORS' |
| | ) | MOTION TO RESCHEDULE |
| CARRIE D. THOMPSON | ) | THE MEETING OF CREDITORS |
| SSN/ITIN xxx-xx-7274 | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of Debtors' Motion to Reset §341 Meeting/First Meeting of Creditors (doc. 63) and the record before the Court; and it appearing the meeting of creditors under 11 U.S.C. § 341 is scheduled and conducted by the case trustee and not the Court; now, therefore,

IT IS HEREBY ORDERED Debtors' motion is denied. Said denial is without prejudice to Debtors' seeking a rescheduling of their meeting of creditors with Trustee Dale A. Wein pursuant to Bankr. D.S.D. R. 2003-1(b).

So ordered: December 28, 2020.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered
on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota